NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1362

KEN SMITH D/B/A/ B & K MUSIC
VERSUS
MIKE UNKEL

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-THIRD DISTRICT COURT,
PARISH OF ALLEN, NO. C-2000-237,
HONORABLE PATRICIA C. COLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Jimmie C. Peters
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Jimmie C. Peters, and Marc T. Amy, Judges.

Saunders, J., dissents.

SUSPENSIVE APPEAL DISMISSED.
DEVOLUTIVE APPEAL MAINTAINED.

Michael D. Hebert
Hebert Law Firm
100 E. Vermillion St., Suite 204
Lafayette, LA 70502
(337) 291-2500
COUNSEL FOR PLAINTIFF/APPELLEE:
    Ken Smith d/b/a/ B & K Music

C. Shannon Hardy
Penny & Hardy

100 E. Vermillion St., Suite 301
Lafayette, LA  70502
(318) 487-9858
COUNSEL FOR PLAINTIFF/APPELLEE:
     Ken Smith d/b/a/ B & K Music


Randy A. Doucet
Cunningham & Doucet
Post Office Box 909
Kinder, LA  70648
(337) 738-5105
COUNSEL FOR DEFENDANT/APPELLANT
     Mike Unkel

1